UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                        :

S. KATZMAN PRODUCE INC.,            :
                                          :

            Plaintiff,            :
                                          :        26-CV-630 (JMF)

     -v-                       :
                                          :         ORDER

JD PRODUCE MASPETH LLC et al.,    :
                                          :

           Defendants.          :
                                          :
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      On **February 3, 2026**, Defendants were served with the Complaint, and proof of service was filed with the Court.  *See* ECF Nos. 10, 11.  To date, Defendants have failed to appear in this action.  No later than **March 4, 2026**, Plaintiff shall submit a letter addressing whether Plaintiff has had any contact with Defendants or if it has any other reason to believe that Defendants have actual notice of this lawsuit.

      Plaintiff shall serve a copy of this Order electronically and/or by first-class mail on Defendants **within two business days from the date of this Order** and shall file proof of such service **within three business days of the date of this Order**.

      SO ORDERED.

Dated: February 25, 2026
      New York, New York                _____
                                         JESSE M. FURMAN
                                     United States District Judge